SCWC-11-0001104

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CAAP-11-0001104
(DC-CIVIL NO. 11-1-2370)

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE
HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY
LOAN TRUST, SERIES NC 2005-HE8, ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES NC 2005-HE8,
Petitioner/Plaintiff-Appellee,

vs.

HERMINA CASTRO, STEVEN CASTRO,
CHRISTOPHER CASTRO, and ESTEBAN CASTRO,
Respondents/Defendants-Appellants.

--------------------------------------------------------------------

CAAP-11-0001105
(DC-CIVIL NO. 11-1-2365)

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE
HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY
LOAN TRUST, SERIES NC 2005-HE8, ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES NC 2005-HE8,
Petitioner/Plaintiff-Appellee,

vs.

HERMINA CASTRO, STEVEN CASTRO,
CHRISTOPHER CASTRO, and ESTEBAN CASTRO,
Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellee's Application for Writ of Certiorari filed on June 14, 2013, is hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, July 26, 2013.

Charles R. Prather and
Sofia Hirosane McGuire
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



2